```
                                                    CLERK'S OFFICE U.S. DIST. COURT
                                                          AT ROANOKE, VA
                                                               FILED
          IN THE UNITED STATES DISTRICT COURT         FEB 24 2006
         FOR THE WESTERN DISTRICT OF VIRGINIA
                 HARRISONBURG DIVISION              JOHN F. CORCORAN, CLERK
                                                    BY:
                                                            DEPUTY CLERK
```

| | |
|---|---|
| ADRIAN BURL CARTER, | ) |
| Plaintiff, | ) Civil Action No. 5:06-CV-00021 |
| v. | ) MEMORANDUM OPINION |
| VIRGINIA DEPT. OF SOCIAL SERVICES, | ) By: Samuel G. Wilson |
| | ) United States District Judge |
| Defendant. | ) |

Plaintiff Adrian Burl Carter, proceeding pro se, brings this action against the Virginia Department of Social Services (DSS), claiming, among other things, that DSS drugs children and places them in mental institutions. Carter seeks to proceed in forma pauperis (IFP). Carter previously brought an action against DSS, making essentially the same allegations, and the court granted Carter IFP status but dismissed the action sua sponte as frivolous. See 28 U.S.C. § 1915(e)(2)(B) (stating that a court may "at any time" dismiss an in forma pauperis claim if the action "is frivolous or malicious"). For the reasons stated in the court's prior opinion, the court dismisses Carter's claims without prejudice and finds that all other pending motions are moot.

ENTER: This 24th day of February, 2006.

_____
UNITED STATES DISTRICT JUDGE